# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-09-00456-CV

**Coryell County Memorial Hospital Authority, Appellant**

**v.**

**Mills County Rural Health, Inc., Appellee**

**FROM THE DISTRICT COURT OF MILLS COUNTY, 35th JUDICIAL DISTRICT
NO. 09-06-6108, HONORABLE STEPHEN ELLIS, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this appeal, indicating that they have reached a settlement. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(2)(A).

_____

Bob Pemberton, Justice

Before Justices Patterson, Puryear and Pemberton

Dismissed on Joint Motion

Filed:   September 30, 2009